IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | CIVIL ACTION NO. |
| Plaintiff, | } } | |
| v. | } } | JURY TRIAL DEMAND |
| CENTRAL FREIGHT LINES, INC., | } } | |
| Defendant. | } } | |
| _____ | } | COMPLAINT |

### NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Charging Parties Paul Elwell, Ricky Curry, James Thurmond, Richard Harris, Keith Vessels, John Bean and Aggrieved Individuals Lloyd Anderson, Purvis Carter and Reynaldo Tijerina[1] who were terminated because of age based on Defendant's August 2007 reduction in force (RIF).

### JURISDICTION AND VENUE

1.   Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 217.

---

[1] Tijerina's birthday is September 28, 1957. On the date of the August 31, 2007 RIF, he was less than a month from his 50th birthday. Based on this proximity, he is included as an Aggrieved Individual.

**COMPLAINT**                                                                                                                                         1

2. The employment practices alleged to be unlawful were committed at the Irving, Texas based terminal, which is within the jurisdiction of the United States District Court for the Northern District of Texas, Dallas Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant, Central Freight Lines, Inc. has continuously been doing business in the State of Texas, and has continuously had at least 20 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least August 2007, the Defendant has engaged in unlawful employment practices at its facility in Irving, Texas, by terminating employees age fifty (50) and older in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a). All of the Charging Parties

and Aggrieved Individuals had performed the functions of the job of dockworker for more than 28 years (except Richard Harris, who had done the work for 10 years.) Despite their seniority and work performance, they were selected for the RIF, while other younger dockworkers with less seniority were retained. The Charging Parties and Aggrieved Individuals also complained that they were subjected to age-based insults and comments during their employment with the company.

8. The effect of the practices complained of in paragraph 7 above has been to deprive employees age 50 and older of equal employment opportunities and otherwise adversely affect their status as employees because of their age.

9. The unlawful employment practices complained of in paragraphs 7 and 8 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from further terminations and/or reductions in force, or engaging in any other employment practice which discriminates on the basis of age against individuals over age 50.

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals age fifty (50) and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant to pay appropriate back wages in an

amount to be determined at trial, and prejudgment interest, to the class of Charging Parties and Aggrieved Individuals named herein who were terminated in the August 2007 reduction in force because of their age.

D. Grant a judgment requiring Defendant to pay liquidated damages in an amount equal to their back wages to the class of Charging Parties and Aggrieved Individuals named herein who were terminated in the August 2007 reduction in force because of their age.

E. Order Defendant to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful place reinstatement of the Charging Parties and Aggrieved Individuals or front pay in lieu thereof.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

    Respectfully submitted,

    P. DAVID LOPEZ
    General Counsel

    JAMES LEE
    Deputy General Counsel

    GWENDOLYN YOUNG REAMS
    Associate General Counsel

    /s ROBERT A. CANINO
    _____
    ROBERT A. CANINO
    Regional Attorney
    Oklahoma Bar No. 011782

/s SUZANNE M. ANDERSON
_____
SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas Bar No. 14009470

/s WILLIAM C. BACKHAUS
_____
WILLIAM C. BACKHAUS
Senior Trial Attorney
Texas Bar No. 01493850

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 S. Houston, Third Floor
Dallas, Texas 75202
(214) 253-2742
(214) 253-2749 (FAX)